# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEFANI STACY, <br><br> Plaintiff, <br><br> v. <br><br> BRINKER RESTAURANT CORPORATION, *et al.*, <br><br> Defendants. | 1: 12-cv-00851-LJO-BAM <br><br> **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS ON DEFENDANTS' MOTION TO COMPEL ARBITRATION** |

On October 18, 2012, the Magistrate Judge issued Findings and Recommendations that Defendants' Motion to Compel Arbitration and Stay Proceedings be granted. (Doc. 22.) The Findings and Recommendations also recommended an unconscionable attorneys' fees clause in Defendants' arbitration agreement be severed. *Id.* These Findings and Recommendations contained notice that any objections to the Findings and Recommendations were to be filed within fifteen (15) days. To date, no objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendations are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that the Findings and Recommendations issued on October 18, 2012, are ADOPTED IN FULL. The Court orders as follows:

1

1. In the fifth sentence of the fourth paragraph of Defendants' arbitration agreement[1], the following clause will be severed: "at his or her own expense";
2. The remainder of the arbitration agreement will be enforced;
3. Defendant's Motion to Compel Arbitration be **GRANTED;**
4. The Court STAYS this Action pending the outcome of arbitration;
5. The parties, no later than March 11, 2013 and every 120 days thereafter, will file joint status reports to address progress of arbitration, resolution of the parties' claims, and the need to continue stay of this action;
6. Upon completion of arbitration, the parties are ordered to inform this Court forthwith, move to lift the stay, and file appropriate documents for the completion or continuation of this case; and
7. The Court DENIES Defendants' Motion to Dismiss as Moot.

IT IS SO ORDERED.

**Dated:   November 9, 2012**                    /s/ Lawrence J. O'Neill
                                                                  UNITED STATES DISTRICT JUDGE

---

[1] *See* Declaration of Michael Christian, Doc. 12, Ex. A.