JACKSON LEWIS LLP
MICHAEL J. CHRISTIAN, SBN 173727
ERIKA BARBARA PICKLES, SBN 215702
801 K Street, Suite 2300
Sacramento, California 95814
Telephone:  (916) 341-0404
Facsimile:   (916) 341-0141
ChristiM@jacksonlewis.com
PicklesE@jacksonlewis.com

Attorneys for Defendant
BRINKER INTERNATIONAL PAYROLL
COMPANY, L.P.

MICHAEL R. BRACAMONTES (SBN 242655)
RYAN J. VLASAK (SBN 241581)
KRISTEN M. ROSS (SBN 250917)
BRACAMONTES & VLASAK, P.C.
220 Montgomery Street, Suite 870
San Francisco, CA  94104
Email : mbracamontes@bvlawsf.com
T:  (415) 835-6777
F:  (415) 835-6780

Attorneys for Plaintiff
STEFANI STACY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| STEFANI STACY,                                                                                                                                                                  | Case No. 1:12-CV-00851-LJO-BAM                              |
|---|---|
| Plaintiff,                                                                                                                                                                      |                                                             |
| v.                                                                                                                                                                              | **STIPULATED DISMISSAL WITH PREJUDICE; ORDER**              |
| BRINKER RESTAURANT CORPORATION, BRINKER SERVICES CORPORATION, BRINKER INTERNATIONAL PAYROLL COMPANY, L.P.; and DOES 1 through 50 inclusive,                                     | Complaint Filed:   February 23, 2012<br>Trial Date:         TBD |
| Defendants.                                                                                                                                                                     |                                                             |

**TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA:**

Plaintiff STEFANI STACY and Defendant BRINKER INTERNATIONAL PAYROLL COMPANY, L.P., by and through their respective attorneys of record, hereby stipulate to

1

dismissal of this action in its entirety, with prejudice, and without an award of attorney's fees or costs to any party.

Dated:  May 30, 2013                    JACKSON LEWIS LLP


By: /s/ Michael J. Christian
       Michael J. Christian
       Erika Barbara Pickles

Attorneys for Defendant
BRINKER INTERNATIONAL PAYROLL
COMPANY, L.P.

Dated:  May 30, 2013                    BRACAMONTES & VLASAK, P.C.


By: /s/ Michael R. Bracamontes [auth. on 5/30/13]
       Michael R. Bracamontes
       Ryan J. Vlasak
       Kristen M. Ross

Attorneys for Plaintiff
STEFANI STACY

## **ORDER**

Based on the foregoing stipulation,

IT IS HEREBY ORDERED that this case is dismissed in its entirety, with prejudice, and without an award of attorney's fees or costs to any party.  The clerk is directed to close this action.

IT IS SO ORDERED.

Dated:  **May 30, 2013**                    /s/ Lawrence J. O'Neill
                                                       UNITED STATES DISTRICT JUDGE